UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>POPULAR NORTH AMERICA, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:18-cv-00594-AMD-RER<br><br>**Rule 7.1 Corporate Disclosure Statement** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Popular North America Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

- Defendant is a wholly-owned subsidiary of Popular, Inc., a publicly traded company.

Date: February 16, 2018　　　　　　　　By: *S/ John P. Doherty*
New York, New York　　　　　　　　　　　John P. Doherty
　　　　　　　　　　　　　　　　　　　　Alston & Bird LLP
　　　　　　　　　　　　　　　　　　　　90 Park Ave
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　T: 212-210-9400
　　　　　　　　　　　　　　　　　　　　F: 212-210-9444
　　　　　　　　　　　　　　　　　　　　john.doherty@alston.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Popular North America, Inc.*